

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| WILLIE MARK BATTLE, | | No. 08-20-00121-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 388th District Court |
| | § | |
| RACHEL DOMINIQUE BATTLE, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2018DCM1569) |

## **O R D E R**

The Court has received an unopposed motion for extension of time in which to hold the temporary orders hearing required by order of this Court dated January 4, 2021. The motion indicates there is difficulty meeting this Court's original deadline due to multiple recusal issues in the trial court.

Therefore, the Court GRANTS the request for an extension of time in which to hold the temporary order hearing. The deadline for holding this hearing will be 10 days from the date of this order.

All other portions of this Court's January 4, 2021, in this appeal remain in effect.

IT IS SO ORDERED this 11th day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.